210B
10/06

United States Bankruptcy Court
District of Massachusetts

**Keith R. Diehl**
 125 Brook Street
Plympton, MA 02367
xxx–xx–9658
*No Known Aliases*

Case number: 10–21752
Chapter: 13
Judge Joan N. Feeney

**Jessica L. Diehl**
 125 Brook Street
Plympton, MA 02367
xxx–xx–1771
*Joint Debtor Aliases:* Jessica L. Martin

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TO THE PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that an assignment of Court Claim No. **3** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a *Transfer of Claim Other than for Security* in the clerk's office of this court on **2/7/2011.**

*Transferee*
**Specialized Loan Servicing, LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

*Transferor*
**Wells Fargo Bank, N.A.**
**1 Home Campus**
**Bankruptcy Payment Processing**
**MAC# x2501–01D**
**Des Moines, IA 50328**

– **DEADLINE TO OBJECT TO TRANSFER** –

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 2/8/11

By the Court,

Stefanie Landry
Deputy Clerk
617–748–5323